Ebony Shine # 31738-510
SFF Hazelton J2
P.O. Box 3000
Bruceton Mills, West Virginia
26525

Clerk of Courts
United States District Court
100 State Street Suite 2120
Rochester, New York
14614

Re: Attachment to Documents (Recently Filed)
In re: United States v. Ebony Shine
Case No. ______________________
(MOTION FOR REDUCTION IN SENTENCE)

Date: 07-28-2025

Attention Clerk of Courts
Enclosed you will find a single document that I intended to submit in a recently submitted Motion for Reduction of Sentence.
Please do file the document as attachment to be reviewed by the court.
Thank you very much for your assistance.

Respectfully,
Ebony Shine

# CIC | District of Columbia Corrections Information Council

November 13, 2024

Dear DC resident,

The following information was contained in a Press Release from the U.S. Attorney's Office, Northern District of West Virginia Clarksburg, West Virginia on Monday November 4, 2024.

**"The U.S. Attorney's Office is seeking information from persons who may have witnessed or were victims of physical assault while incarcerated at FCC Hazelton. Any witness or victim to any such crimes or crimes or attempts to conceal such crimes are asked to directly contact federal prosecutors in the Northern District of West Virginia by calling 1- 855-WVA-FEDS or by sending an email to wvafeds@usdoj.gov."**

The Press Release names three (now former) Correctional Officers and states they have admitted to violating civil rights involving the assault of a prisoner. The U.S. Department of Justice Office of Inspector General investigated the case. The three former Officers have agreed to resign their positions with the Bureau of Prisons and to not seek or obtain employment in the future with the U.S. Department of Justice, Bureau of Prisons, or any private prison or community corrections center that contracts to house federal prisoners. The Officers face up to five to ten years in prison. A federal district court judge will determine any sentence after considering the U.S. Sentencing Guidelines and other statutory factors. Assistant U.S. Attorney Brandon Flower is prosecuting the case on behalf of the government.

If you have witnessed or were victims of physical assault while incarcerated at FCC Hazelton. contact federal prosecutors in the Northern District of West Virginia by calling 1- 855-WVA-FEDS or by sending an email to wvafeds@usdoj.gov. If you have trouble contacting the federal prosecutors or would like to share your experience with accessing the US Attorney's Office, please contact me at the DC Corrections Information Council via Corrlinks at Patricia.Marks@dc.gov or at the address below.

Gratefully,

Patricia N. Marks
Senior Program Analyst



Exhibit A

Ebony Shine #31738-510
SFF Hazelton J2
P.O. Box 3000
Bruceton Mills, West Virginia
26525

PITTSBURGH PA 150
30 JUL 2025 PM 8 L

1775 ★ 20

FOREVER USA

Clerk of Courts
United States District Court
100 State Street
Suite 2120
Rochester, New York
14614

USDC-WDNY
AUG - 4 2025
ROCHESTER

23CR6111

14614-136899